848 A.2d 917

**Purcell BRONSON, Appellant**

**v.**

**Martin F. HORN, Appellee.**

Supreme Court of Pennsylvania.

March 15, 2004.

*ORDER*

PER CURIAM:

**AND NOW,** this 15th day of March, 2004, probable jurisdiction is noted and the order appealed is affirmed.